AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

## APPEARANCE

Case Number: 1:08MJ38A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

William Melvin

I certify that I am admitted to practice in this court.

3-13-08

Date

[signature]

Signature

Mary S. McElroy 4830

Print Name Bar Number

10 Weybosset Street, ~~Ste~~. 300

Address

Providence, RI 02903

City State Zip Code

401-528-4281 401-528-4285

Phone Number Fax Number