AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF

RECEIVED
U.S. MARSHALS SERVICE
RHODE ISLAND
MAR 13 2008

UNITED STATES OF AMERICA

V.

WILLIAM M. MELVIN

## WARRANT FOR ARREST

District of Rhode Island

CASE NUMBER: 1:08MJ38A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest WILLIAM M. MELVIN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
BANK ROBBERY

in violation of Title 18 United States Code, Section(s) 2113(a)

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

3/12/08 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>JEFFREY A. CADY<br>FBI-Special Agent | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/12/08 | | |

This form was electronically produced by Elite Federal Forms, Inc.