IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 19 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.NO. |
| v. | ) | In Violation of |
| | ) | 18 U.S.C. § 2113(a) |
| WILLIAM M. MELVIN | ) | |

INDICTMENT CR 08 25

COUNT I

The Grand Jury Charges:

On or about March 12, 2008, in the District of Rhode Island, the Defendant WILLIAM M. MELVIN, by intimidation, did knowingly take from the person and presence of another money, to wit: approximately $900 (nine hundred dollars), belonging to and in the care, custody, control, management, and possession of Sovereign Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. §2113(a).

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

DATE FILED: 3/19/08