UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-25S |
| | ) | |
| WILLIAM MELVIN | | |

MOTION TO CANCEL BOND HEARING

NOW COMES the defendant, William Melvin, and through counsel, moves that this Honorable Court cancel the bond hearing scheduled for April 9, 2008. Mr. Melvin requests that his withdrawal of his motion for bail be deemed to be without prejudice. The government, through Assistant United States Attorney Zechariah Chafee indicates no objection to this motion.

Respectfully submitted.

WILLIAM MELVIN
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA on the 7th day of April, 2008.

/s/ Mary S. McElroy