UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-0025S |
| | ) | |
| WILLIAM MELVIN | | |

MOTION TO CONTINE

NOW COMES the defendant, William Melvin, and through counsel, moves this Honorable Court to continue this case for an additional thirty (30) days. The defendant seeks to continue this matter in order to allow defense counsel and counsel for the government to complete the exchange of discovery. The Government, through Assistant United States Attorney Zechariah Chafee, indicates no objection to this motion.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(8).

Respectfully submitted.

WILLIAM MELVIN
By his attorney,
/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA on the 5th day of March, 2008.

/s/ Mary S. McElroy